IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

GREGORY HILL AND MISSISSIPPI FARM BUREAU          PLAINTIFFS
MUTUAL INSURANCE CO.

VS.                                               NO.: 3:05-CV31-MPM-SAA

GENERAL INSURANCE COMPANY OF
AMERICA                                           DEFENDANT

## JUDGMENT

For the reasons given in the court's order issued this date, it is hereby ordered that this case is dismissed.

SO ORDERED, this the 21st day of August, 2006.

_____
U.S. DISTRICT JUDGE